Certificate Number: 03088-PAE-DE-033231681

Bankruptcy Case Number: 19-13919



03088-PAE-DE-033231681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 9, 2019</u>, at <u>4:30</u> o'clock <u>PM CDT</u>, <u>Kai Coleman-Morris</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 9, 2019</u>

By:   <u>/s/Jason M Tepper</u>

Name:   <u>Jason M Tepper</u>

Title:   <u>Counselor</u>