UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :     Case No.:    19-13919-mdc
            Debtor.                       :
Kai Coleman-Morris                        :
                                          :
                                          :

## P R A E C I P E

This  18th  day of December, 2019,

THE CLERK OF THE COURT WILL, mark Claim No. 1 in the amount of $2,115.00 filed by the undersigned on behalf of the Quail Crossing Condominium Association WITHDRAWN.

_____
Gilbert E. Toll, Esq.
60 W. Boot Road, Suite 100
West Chester, PA 19380
610-660-6505
Attorney for Quail Crossing
        Condominium Association