**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 19-13919-MDC

KAI COLEMAN-MORRIS

1214 TIMOTHY LANE

PHOENIXVILLE, PA 19460-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KAI COLEMAN-MORRIS

1214 TIMOTHY LANE

PHOENIXVILLE, PA 19460-

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Date: 4/15/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee