# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-13919-MDC

KAI  COLEMAN-MORRIS

1214 TIMOTHY LANE

PHOENIXVILLE, PA 19460-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KAI  COLEMAN-MORRIS

    1214 TIMOTHY LANE

    PHOENIXVILLE, PA 19460-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                                /S/ Kenneth E. West

Date: 5/10/2023                                  _____

                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee