United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13919-pmm

Kai Coleman-Morris     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Aug 20, 2024     Form ID: 138OBJ     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kai Coleman-Morris, 1214 Timothy Lane, Phoenixville, PA 19460-4068 |
| 14347380 | + | Quail Crossing Condominium Association, c/o Del Val Realty & Property Management, 81 Lancaster Ave. Suite 218, Malvern PA 19355-2143 |
| 14408136 | + | Quail Crossing Condominium Association - 1214, c/o Del Val Realty & Property Management, Great Valley Shopping Center, 81 Lancaster Avenue, Suite 218, Malvern, PA 19355-2143 |
| 14369278 | + | Towd Point Mortgage Trust 2017-FRE2, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 20 2024 23:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2024 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14344213 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 20 2024 23:17:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14364050 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 20 2024 23:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14344214 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 20 2024 23:17:00 | Nelnet Loans, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14359147 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 20 2024 23:17:00 | Nelnet obo College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 14354389 | | Email/Text: blegal@phfa.org | Aug 20 2024 23:17:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14344215 | + | Email/Text: blegal@phfa.org | Aug 20 2024 23:17:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14344216 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2024 23:18:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14380438 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2024 23:18:00 | Towd Point Mortgage, et. al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14376903 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 20 2024 23:26:38 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 169005, Irving, TX 75016-9005 |
| 14344217 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 20 2024 23:26:26 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 12

Case 19-13919-pmm    Doc 59    Filed 08/22/24    Entered 08/23/24 07:42:27    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 16 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Kai Coleman-Morris brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| GILBERT E. TOLL | on behalf of Quail Crossing Condominium Association gtollpc@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 58 − 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Kai Coleman−Morris ) Case No. 19−13919−pmm
     )
     )
    Debtor(s). ) Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 20, 2024                  For The Court

                                                                                  Timothy B. McGrath
                                                                                  Clerk of Court