United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13919-pmm

Kai Coleman-Morris     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Dec 02, 2024     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kai Coleman-Morris, 1214 Timothy Lane, Phoenixville, PA 19460-4068 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

**Name**     **Email Address**

BRAD J. SADEK
    on behalf of Debtor Kai Coleman-Morris brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

GILBERT E. TOLL
    on behalf of Quail Crossing Condominium Association gtollpc@comcast.net

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
--- | --- | ---
Date Rcvd: Dec 02, 2024 | Form ID: 195 | Total Noticed: 1

MICHELLE L. MCGOWAN
    on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Kai Coleman−Morris                                       : Case No. 19−13919−pmm
       Debtor(s)

***ORDER***
_____

AND NOW, this day , December 2, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

65
Form 195